To the Honorable Chief Justice
Josh R. Morris, III

RECEIVED IN
The Court of Appeals
Sixth District

JUN 2 5 2015

Texarkana, Texas
Debra Autrey, Clerk

06/22/15

FILED IN
The Court of Appeals
Sixth District

JUN 2 5 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Hello sir, my name is Harvey Teel. As you may already know I am currently serving a 40 yr sentence in TDCJ at the John B. Connally Unit in Kenedy, TX. I received notice that my cause had been set for submission on briefs without oral argument for June 17, 2015 before you & Justices Moseley & Burgess. The reason I am writing you your Honor is that I am not currently being represented by legal counsel & to my understanding I am to be represented on my appeal sir. I have very limited legal knowledge of law sir & my former attorney "bailed" on me, if I may use that word your Honor? Katherine Ferguson told me she could find no errors in my case 29,136, appellate # 06-14-00161 CR. I believe there are errors in my case sir, I do not have an attorney to help me out your Honor. I am asking & praying that I could have an attorney assigned to my appeals case that would find the errors in my case. I pray this letter is not offensive or disrespectful in any way sir. I thank you for your time & consideration your Honor in this matter.

Very Sincerely
Harvey L. Teel #1956145

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
22 JUN 2015 PM 3 L

Harvey Teel #1956147
John B. Connally Unit
899 F.M. 632
Kenedy, TX 78119

Chief Justice Josh R. Morriss III
Court of Appeals
Sixth Appellate District of Texas
Bi-State Justice Building
100 N. State Line Ave #20
Texarkana, TX 75501

Legal    Mail!!

75501$5566